IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION and JOHNSON AND JOHNSON, INC.<br><br>Defendants. | Civil Action No. 03-283-SLR |
| BOSTON SCIENTIFIC SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION, JOHNSON & JOHNSON, INC., GUIDANT CORPORATION, GUIDANT SALES CORPORATION and ADVANCED CARDIOVASCULAR SYSTEMS, INC.,<br><br>Defendants. | Civil Action No. 03-1138-SLR ✓ |

## STIPULATION AND ORDER REGARDING DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the parties hereto pursuant to Fed. R. Civ. P. 41(a)(1)(ii), through their respective counsel of record, that that all claims related to United States Patent Nos. 6,515,009, 6,599,928, and 6,171,609 shall be and hereby are dismissed with prejudice, and all counterclaims related to

United States Patent Nos. 6,515,009, 6,599,928, and 6,171,609 shall be and hereby are dismissed without prejudice, with each party to bear its own costs and attorney fees.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ Karen L. Pascale*
Andre G. Bouchard (I.D. #2504)
[abouchard@bmf-law.com]
Karen L. Pascale (I.D. #2903)
[kpascale@bmf-law.com]
222 Delaware Avenue
Suite 1400
Wilmington, Delaware 19801
302-573-3500

*Attorneys for Boston Scientific Scimed, Inc.
and Boston Scientific Corporation*

ASHBY & GEDDES

*/s/*
Steven J. Balick (I.D. #2114)
[sbalick@ashby-geddes.com]
John G. Day (I.D. # 2403)
[jday@ashby-geddes.com]
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19801
302-654-1888

*Attorneys for Cordis Corporation
and Johnson and Johnson, Inc.*

RICHARDS, LAYTON & FINGER

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (I.D. #2555)
[cottrell@rlf.com]
Anne S. Gaza (I.D. #4093)
[gaza@rlf.com]
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801

*Attorneys for Defendants Guidant
Corporation, Guidant Sales Corporation,
and Advanced Cardiovascular Systems, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE