IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION and JOHNSON & JOHNSON, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 03-283-SLR |
| BOSTON SCIENTIFIC SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION, GUIDANT CORPORATION, GUIDANT SALES CORPORATION, JOHNSON & JOHNSON, INC., and ADVANCED CARDIOVASCULAR SYSTEMS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 03-1138-SLR |

**O R D E R**

At Wilmington this 4th day of April, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' renewed motion for summary judgment (Civ. No. 03-283, D.I.

477; Civ. No. 03-1138, D.I. 289) is granted.

2. Plaintiffs' motion to exclude Dr. Sabatini's testing evidence and related testimony (D.I. 480) is denied.

3. Plaintiffs' motion for summary judgment on anticipation (D.I. 482) is denied.

United States District Judge