**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BOSTON SCIENTIFIC SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 03-283-SLR |
| v. | ) ) | |
| CORDIS CORPORATION and JOHNSON AND JOHNSON, INC. | ) ) ) ) | |
| Defendants. | ) ) | |
| BOSTON SCIENTIFIC SCIMED, INC. and BOSTON SCIENTIFIC CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 03-1138-SLR |
| v. | ) ) | |
| CORDIS CORPORATION, JOHNSON & JOHNSON, INC., GUIDANT CORPORATION, GUIDANT SALES CORPORATION and ADVANCED CARDIOVASCULAR SYSTEMS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER REGARDING DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the parties hereto pursuant to Fed. R. Civ. P. 41(a)(1)(ii), through their respective counsel of record, that all claims related to United States Patent No. 6,251,920 shall be and hereby are dismissed with prejudice and all counterclaims related to United States Patent No. 6,251,920 shall be and hereby are dismissed without prejudice, with each party to bear its own

costs and attorney fees.  All claims and counterclaims within Civil Action No. 03-1138-SLR are now hereby dismissed and that case is closed.

This stipulation does not affect any adjudicated claim in Civil Action No. 03-283-SLR concerning U.S. Patent No. 6,120,536.

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **ASHBY & GEDDES** |
|---|---|
| /s/ Karen L. Pascale | /s/ John G. Day |
| _____ | _____ |
| Josy W. Ingersoll (I.D. #1088) | Steven J. Balick (I.D. #2114) |
| Karen L. Pascale (I.D. #2903) | John G. Day (I.D. # 2403) |
| Karen E. Keller (I.D. #4489) | 500 Delaware Avenue, 8th Floor |
| 1000 West Street, 17th Floor | P.O. Box 1150 |
| P.O. Box 391 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | 302-654-1888 |
| 302-573-3500 | jday@ashby-geddes.com |
| kpascale@ycst.com | *Attorneys for Cordis Corporation* |
| *Attorneys for Boston Scientific Scimed, Inc.* | *and Johnson and Johnson, Inc.* |
| *and Boston Scientific Corporation* | |

**RICHARDS, LAYTON & FINGER**

/s/ Anne Shea Gaza
_____
Frederick L. Cottrell, III (I.D. #2555)
Anne Shea Gaza (I.D. #4093)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
302-651-7700
gaza@rlf.com
*Attorneys for Defendants Guidant*
*Corporation, Guidant Sales Corporation,*
*And Advanced Cardiovascular Systems, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE